# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL O'HANLON, an individual, JONATHAN ROBISON, an individual, GAYLE LEWANDOWSKI, an individual, IRMA ALLEN, an individual, on behalf of themselves and all others similarly situated, and PITTSBURGHERS FOR PUBLIC TRANSIT, a project of THOMAS MERTON CENTER, INC., a Pennsylvania non-profit corporation, on behalf of themselves and all Individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC,<br><br>Defendants. | Civil Action No. 2:19-cv-00675<br><br>Magistrate Judge Lisa Pupo Lenihan<br><br>ECF No. 45 |

## ORDER ON DEFENDANTS' MOTION TO DISMISS

For the reasons set forth in the Memorandum Opinion filed on even date herewith, it is hereby

**ORDERED** the December 19, 2019 Motion to Dismiss filed by Defendants Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC (collectively "Uber"), ECF No. 45, is **DENIED.**

Dated: June 14, 2021                                     BY THE COURT:

_____
LISA PUPO LENIHAN
United States Magistrate Judge

1