IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL O'HANLON, *et al.,*  Plaintiffs,  v.  UBER TECHNOLOGIES, INC., *et al.*,  Defendants. | No. 2:19-CV-00675-LPL  Magistrate Judge Lisa Pupo Lenihan |

**STIPULATION OF DISMISSAL**

Plaintiffs Paul O'Hanlon, Jonathan Robison, Gayle Lewandowski, Irma Allen, and Pittsburghers For Public Transit (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. The class allegations asserted in the First Amended Complaint shall be DISMISSED without prejudice.

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules;

3. Plaintiffs' claims against Defendants that are asserted in Plaintiffs' individual capacity, rather than representative capacity, including the claims of Pittsburghers For Public Transit on behalf of itself and its members, shall remain and shall in no way be affected by this stipulation of dismissal; and

4. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with the class allegations dismissed by this stipulation.

| | |
|---|---|
| Dated: November 3, 2021 | Respectfully submitted, |
| /s/ Nicholas A. Colella | /s/ Patrick A. Harvey |
| Kelly K. Iverson | **MORGAN, LEWIS & BOCKIUS LLP** |
| Nicholas A. Colella | Anne Marie Estevez (*pro hac vice*) |
| **LYNCH CARPENTER, LLP** | 200 Biscayne Boulevard, Suite 5300 |
| 1133 Penn Avenue, 5th Floor | Miami, FL 33131 |
| Pittsburgh, PA 15222 | T: 305.415.3000 |
| Tel: 412-322-9243 | F: 305.415.3001 |
| kelly@lcllp.com | annemarie.estevez@morganlewis.com |
| nickc@lcllp.com | |
| | Stephanie Schuster (*pro hac vice*) |
| R. Bruce Carlson | Patrick A. Harvey (*pro hac vice*) |
| **CARLSON BROWN** | 1111 Pennsylvania Avenue, NW |
| 222 Broad Street | Washington, DC 20004 |
| PO Box 242 | T: 202.739.3000 |
| Sewickley, PA 15143 | F: 202.739.3001 |
| (412) 322-9243 | stephanie.schuster@morganlewis.com |
| bcarlson@carlsonlynch.com | patrick.harvey@morganlewis.com |
| | |
| Stuart Seaborn (*pro hac vice*) | Christopher K. Ramsey (PA ID #63293) |
| Melissa Riess (*pro hac vice*) | 32nd Floor, One Oxford Centre |
| **DISABILITY RIGHTS ADVOCATES** | Pittsburgh, PA 15219 |
| 2001 Center Street, 4th Floor | T: 412.560.3323 |
| Berkeley, CA 94704-1204 | F: 412.560.7001 |
| sseaborn@dralegal.org | christopher.ramsey@morganlewis.com |
| miorio@dralegal.org | |
| mriess@dralegal.org | *Attorneys for Defendants* |
| | |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on November 3, 2021.

> */s/ Nicholas A. Colella*
> Nicholas A. Colella