IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL O'HANLON, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>Defendants. | No. 2:19-CV-00675-LPL<br><br>Magistrate Judge Lisa Pupo Lenihan |

**STIPULATION OF DISMISSAL OF INDIVIDUAL
 CLAIMS OF PLAINTIFF JONATHAN ROBISON**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of Plaintiff Jonathan Robison's individual claim, *without prejudice* as to such claim, and *without prejudice* as to the claims of any other Plaintiff.

Dated: November 3, 2021                                         Respectfully submitted,

/s/ Nicholas A. Colella                                               /s/ Patrick A. Harvey
Kelly K. Iverson                                                           **MORGAN, LEWIS & BOCKIUS LLP**
Nicholas A. Colella                                                    Anne Marie Estevez (*pro hac vice*)
**LYNCH CARPENTER, LLP**                                  200 Biscayne Boulevard, Suite 5300
1133 Penn Avenue, 5th Floor                                 Miami, FL 33131
Pittsburgh, PA 15222                                                T: 305.415.3000
Tel: 412-322-9243                                                     F: 305.415.3001
kelly@lcllp.com                                                          annemarie.estevez@morganlewis.com
nickc@lcllp.com

                                                                                    Stephanie Schuster (*pro hac vice*)
R. Bruce Carlson                                                       Patrick A. Harvey (*pro hac vice*)
**CARLSON BROWN**                                              1111 Pennsylvania Avenue, NW
222 Broad Street                                                       Washington, DC 20004
PO Box 242                                                                T: 202.739.3000
Sewickley, PA 15143                                                 F: 202.739.3001
(412) 322-9243                                                           stephanie.schuster@morganlewis.com
bcarlson@carlsonlynch.com                                   patrick.harvey@morganlewis.com

1

| | |
|---|---|
| Stuart Seaborn (*pro hac vice*) | Christopher K. Ramsey (PA ID #63293) |
| Melissa Riess (*pro hac vice*) | 32nd Floor, One Oxford Centre |
| DISABILITY RIGHTS ADVOCATES | Pittsburgh, PA 15219 |
| 2001 Center Street, 4th Floor | T: 412.560.3323 |
| Berkeley, CA 94704-1204 | F: 412.560.7001 |
| sseaborn@dralegal.org | christopher.ramsey@morganlewis.com |
| miorio@dralegal.org | |
| mriess@dralegal.org | *Attorneys for Defendants* |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on November 3, 2021.

*/s/ Nicholas A. Colella*
Nicholas A. Colella