IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL O'HANLON, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>Defendants. | No. 2:19-CV-00675-LPL<br><br>Magistrate Judge Lisa Pupo Lenihan |

### STIPULATION OF DISMISSAL OF INDIVIDUAL CLAIMS OF PLAINTIFF IRMA ALLEN

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of Plaintiff Irma Allen's individual claim, *with prejudice* as to such claim, and *without prejudice* as to the claims of any other Plaintiff.

Dated: September 26, 2022

*Chloe Holzman*
Kelly K. Iverson
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243
kelly@lcllp.com
nickc@lcllp.com

R. Bruce Carlson
Ian Brown
**CARLSON BROWN**
222 Broad Street
PO Box 242
Sewickley, PA 15143
(412) 322-9243
bcarlson@carlsonlynch.com
ibrown@carlsonbrownlaw.com

Respectfully submitted,

*Stephanie Schuster*
**MORGAN, LEWIS & BOCKIUS LLP**
Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300
Miami, FL 33131
T: 305.415.3000
F: 305.415.3001
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: 202.739.3000
F: 202.739.3001
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com

Stuart Seaborn (*pro hac vice*)
Kevin Knestrick (*pro hac vice*)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, CA 94704-1204
sseaborn@dralegal.org
kknestrick@dralegal.org

Chloe Holzman (*pro hac vice*)
Rebecca Serbin (*pro hac vice*)
Erin Gallagher (*pro hac vice*)
**DISABILITY RIGHTS ADVOCATES**
655 Third Avenue, Fourteen Floor
New York, NY 10017
cholzman@dralegal.org
rserbin@dralegal.org

*Attorneys for Plaintiffs*

Christopher K. Ramsey (PA ID #63293)
32nd Floor, One Oxford Centre
Pittsburgh, PA 15219
T: 412.560.3323
F: 412.560.7001
christopher.ramsey@morganlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on September 26, 2022.

*/s/ Chloe Holzman*
Chloe Holzman