

**DISABILITY RIGHTS ADVOCATES**

**California Office**
2001 Center Street, 4th Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
www.dralegal.org

**New York Office**
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636
www.dralegal.org

June 26, 2023                                                                                           *Via ECF*

Hon. Lisa Pupo Lenihan
Joseph F. Weis, Jr.
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Re:     *O'Hanlon, et al. v. Uber Technologies, Inc., et al.*, No. 2:19-cv-00675-LPL

Dear Judge Lenihan:

      We represent Plaintiffs in this action. Pursuant to the Court's May 26, 2023, Order (ECF No.113), we submit this status report on behalf of all parties to inform the Court that the parties are continuing to work to finalize terms of a settlement agreement.

      Therefore, on behalf of and with the consent of all parties, we propose that the parties submit a joint status update to the Court regarding the progress of the settlement agreement by July 26, 2023, if the case has not been dismissed by that date.

      We thank the Court for its consideration of this request.


Respectfully,

*Rebecca C. Serbin*

Rebecca C. Serbin


cc:     All counsel of record (via ECF)