IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL O'HANLON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | No. 2:19-CV-00675-LPL <br><br> Hon. Lisa Pupo Lenihan, U.S.M.J. |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all remaining parties to this action—Plaintiffs Paul O'Hanlon, Gayle Lewandowski, and Pittsburghers for Public Transit, and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC—hereby stipulate to dismissal of this action with prejudice, with each party to bear her, his, or its own costs.

Dated: October 20, 2023

Respectfully submitted,

*s/ Stuart Seaborn*
Stuart Seaborn (*pro hac vice*)
**DISABILITY RIGHTS ADVOCATES**
2001 Center Street, 3rd Floor
Berkeley, CA  94704
sseaborn@dralegal.org

Rebecca Serbin (*pro hac vice*)
Chloe Holzman (*pro hac vice*)
Erin Gallagher (*pro hac vice*)
**DISABILITY RIGHTS ADVOCATES**
655 Third Avenue, 14th Floor
New York, NY  10017
rserbin@dralegal.org
cholzman@dralegal.org
egallagher@dralegal.org

*s/ Stephanie Schuster*
Stephanie Schuster (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC  20004
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com

Anne Marie Estevez (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Brickell Avenue, Suite 1600
Miami, FL 33131
annemarie.estevez@morganlewis.com

Christopher K. Ramsey (PA Bar No. 63293)
**MORGAN, LEWIS & BOCKIUS LLP**

R. Bruce Carlson
Ian Brown
**CARLSON BROWN**
222 Broad Street, P.O. Box 242
Sewickley, PA  15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com

Kelly K. Iverson
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
kelly@lcllp.com
nickc@lcllp.com

*Counsel for Plaintiffs*

32nd Floor, One Oxford Centre
Pittsburgh, PA 15219
christopher.ramsey@morganlewis.com

*Counsel for Defendants*